DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue - Suite 190
Rye, New York 10580
(914) 921-1200
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NIPPONKOA INSURANCE COMPANY, LTD.,

                *Plaintiff,*

- against -

WORLDWIDE FREIGHT CORP., *and*
STEVENS AND SON TRUCKING, LLC

                *Defendants.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x



07 Civ. **07 CIV. 9306**

**STATEMENT PUSUANT TO F.R.C.P. 7.1**

**JUDGE JONES**

    Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

    Nipponkoa Insurance Company, Ltd.

Dated: Rye, New York
       October 16, 2007

                              MALOOF BROWNE & EAGAN LLC

                              By: _____
                                David T. Maloof (DM 3350)
                                Thomas M. Eagan (TE 1713)
                            411 Theodore Fremd Ave., Suite 190
                            Rye, New York 10580-1411
                            (914) 921-1200
                            *Attorneys for Plaintiff*