AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern     District of     New York

Nipponkoa Insurance Company, Ltd.

**SUMMONS IN A CIVIL ACTION**

V.

Worldwide Freight Corp., and
Stevens and Son Trucking, LLC

CASE NUMBER:

# 07 CIV. 9306

## JUDGE JONES

TO: (Name and address of Defendant)

Worldwide Freight Corp.
414 Yale Avenue, Suite 1
Claremont, CA 91711

Stevens and Son Trucking, LLC
765 Mt. Zion Road
Trenton, SC 29201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Maloof Browne & Eagan LLC
411 Theodore Fremd Ave., Suite 190
Rye, NY 10580

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon

CLERK

(By) DEPUTY CLERK

OCT 1 7 2007

DATE

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| United States District Court, Southern District Of New York | | | | |
| Plaintiff: NIPPONKOA INSURANCE COMPANY, LTD. | | | | |
| Defendant: WORLDWIDE FREIGHT CORP., ET AL. | | | | |
| **AFFIDAVIT OF SERVICE SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number: 07 CIV 9306 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT.

3. a. Party served:        WORLDWIDE FREIGHT CORP.
   b. Person served:       JOHN ALLEN, CPA, AUTHORIZED TO ACCEPT SERVICE OF PROCESS

4. Address where the party was served:    414 YALE AVENUE
                                          SUITE I
                                          Claremont, CA  91711

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Oct. 25, 2007 (2) at: 10:18AM

7. **Person Who Served Papers:**
   a. TRESSY CAPPS
   b. **LEGALEASE, INC.**
      139 FULTON STREET
      NEW YORK, NY 10038
   c. 212.393.9070

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

10-26-07
(Date)                                         (Signature)

8. **SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.**

My Commission Expires April 9, 2009

COLLEEN KAROTKIN
COMM. #1567792
NOTARY PUBLIC • CALIFORNIA
ORANGE COUNTY
Comm. Exp. APRIL 9, 2009

AFFIDAVIT OF SERVICE SUMMONS

(Notary Public)

3939070.8802

# Affidavit of Service

### Re: Nipponkoa Insurance Company, Ltd vs. Worldwide Freight, et al

PERSONALLY APPEARED before me the undersigned, who being duly sworn, deposes and says that he served the following: **Summons and Complaint** in this action

The foregoing was served upon: Stevens and Son Trucking, LLC

( )    By delivering to him personally:

( )    By delivering to _____NA_____ a person of discretion
       and age residing at the residence and being at said residence at the time of service.

(X)    By delivering to **Mr. Alvin Steven ( Brother)** a person of discretion
       employed at the place of business and being at said place of business at the time of service.

( )    AFFIXING TO DOOR, ETC.
       By affixing a true copy of each to the door of said premises, which is defendant's within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having verified defendant's with and having called there on

(Desc)   Sex: <u>Male</u>   Race: <u>Black</u>   Color of hair: <u>Black</u>   Age: <u>63-65</u>   Height: <u>5-5  5-6</u>

         Weight: <u>135-145</u>     Other Features: None

**Place of Service**: 765 Mt. Zion Road
                     Trenton, South Carolina 29847-2500
**Date of Service**: October 20, 2007 @ 1:35 P.M.

Defendant is not a member of the U.S. Armed Force

Deponent is not a party to this action and has no interest therein or connection therewith.

_____
Clarence Portee, Process Server

SWORN to before me this
___23___ day of __Oct__, 2007

_____
NOTARY PUBLIC FOR SOUTH CAROLINA
My commission expires: __2-19-08__