------------------------------------------------------------X

**07 CV 9306**  ECF
Nipponkoa Ins. Co. V.
Worldwide Freight Corp.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/07

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 9306 (BSJ)(JCF)

------------------------------------------------------------X

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

X  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___  Specific Non-Dispositive Motion/Dispute:*

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___  Settlement*

___  Inquest After Default/Damages Hearing

___  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___  Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___  Habeas Corpus

___  Social Security

___  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions:___

---

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:  New York, New York
        11/13/07

United States District Judge