Barry N. Gutterman, Esq. (BG6410)
Robert Briere, Esq. (RB6080)
Barry N. Gutterman & Associates, P.C.
Attorneys for Defendant
Worldwide Freight Corp.
60 East 42nd Street, 46th Floor
New York, New York  10165
(212) 983-1466

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------X
NIPPONKOA INSURANCE COMPANY, LTD.

        Plaintiff,

v.

WORLDWIDE FREIGHT CORP., and STEVENS AND SON TRUCKING, LLC,

        Defendants.
---------------------------------------------------------------------------

ECF CASE

07 CIV 9306 (Judge Jones)

**LOCAL RULE
7.1 STATEMENT**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Worldwide Freight Corp., a non-governmental, corporate party, certifies for purposes of Rule 7.1 only that the following are corporate parents of Worldwide Freight Corp., or publicly held corporations that own 10% or more of Worldwide Freight Corp's. stock:

                                  **NONE**

Dated: New York, New York
November 29, 2007

By: /s/ Barry Gutterman
Barry N. Gutterman, Esq. (BG-6410)
Robert Briere, Esq. (RB6080)
Barry N. Gutterman Associates, P.C.
60 East 42nd Street, 46th Floor
New York, New York, 10165
(212) 983-1466

Attorneys for Defendant
Worldwide Freight Corp.

TO: David T. Maloof (DM 3350)
Thomas M. Eagan (TE 1713)
Maloof Brown & Eagan LLC
411 Theodore Fremd Avenue
Suite 190
Rye, New York 10580
(212) 921-1200

Attorneys for Plaintiff

Stevens and Son Trucking, LLC
765 Mt. Zion Road
Trenton, SC 29201

WF2810.7.1